PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 05-00066-001 |

DOCKET NUMBER *(Rec. Court)*
CR MISC No. 1268
DIVISION 2:07CF132-MHT

RECEIVED

2007 JUL 11  A 9:24    RECEIVED
                        2007 JUN 15

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Julian Jamal Smith<br>1103 Devonshire Drive<br>Montgomery, AL 36116 | Southern District of Alabama | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | William H. Steele |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>4/19/2007 | TO<br>4/18/2010 |
|---|---|---|---|

OFFENSE

Possession with Intent to Distribute Cocaine
Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/25/07
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 19, 2007
_____
Effective Date

_____
United States District Judge

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts
Deputy Clerk
Date 7-10-07